

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| SEARS, ROEBUCK AND CO., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>LISA FITTS and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>And Related Counter-Complaints | CASE NO. SACV05-238 CJC (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: November 5, 2007<br>Time: 1:30 p.m.<br>Ctrm: 9B<br><br>Hon. Cormac J. Carney |

On November 5, 2007, the Court heard the Class Representatives' unopposed motion for final approval of the class action settlement ("Settlement") in the above-captioned action. The Court finds and orders as follows:

1. For the purposes of this Order, the Court adopts all defined terms as set forth in the Stipulation of Settlement ("Stipulation"), previously filed with this Court.

2. This Court has jurisdiction over the subject matter of this litigation and over all parties and Class Members in this litigation.

3.   The Court finds that the distribution of the Notice of Pendency of Class Action, Proposed Settlement and Hearing For Final Approval of Settlement as provided in the Stipulation constituted the best notice practicable under the circumstances and fully met the requirements of due process.

4.   The Court finds that no Class Members have objected to the Settlement. No Class Members have requested exclusion from the Settlement. Nearly 73% of the Class, or 1,241 members, have filed timely and valid claims. These 1,241 individuals have claimed, and will be paid, approximately 97% of the total amount that is available to the Class under the Settlement.

5.   The Court finds that the Settlement was the product of protracted, arm's length negotiations between experienced counsel, facilitated by two respected mediators. After considering defendant's potential exposure, the likelihood of success on the class claims, the risk, expense, complexity and delay associated with further litigation, the risk of maintaining class certification through trial, the experience and views of Class Counsel, and the reaction of the Class to the Settlement, as well as other relevant factors, the Court finds that the Settlement is fair, reasonable, and in the best interests of the Class, and hereby grants final approval of the Settlement. The parties are ordered to carry out the Settlement as provided in the Stipulation.

6.   Class Counsel have reported that a number of Class Members have filed late or deficient claims, and that the parties are in the process of conferring about those claims. The Court will retain jurisdiction for purposes of enforcing this Settlement, addressing settlement administration matters, and addressing such post-judgment matters as may be appropriate under court rules or applicable law.

Dated: November 5, 2007

Hon. Cormac J. Carney
United States District Judge

77517