JAMES F. CLAPP (145814)
jclapp@sdlaw.com
MARITA M. LAUINGER (199242)
mlauinger@sdlaw.com
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Dr. Ste. 970
San Diego, CA 92122
Tel. (858) 623-4200
Fax. (858) 623-4299

KEVIN J. McINERNEY (46941)
kevin@mcinerneylaw.net
KELLY McINERNEY (200017)
kelly@mcinerneylaw.net
McINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Tel.  (775) 849-3811
Fax. (775) 849-3866

Class Counsel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

|  |  |
|---|---|
| SEARS, ROEBUCK AND CO., a New York corporation, | CASE NO.  SACV05-238 CJC (RNBx) |
| Plaintiff, | NOTICE OF LODGMENT IN SUPPORT OF MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES |
| v. | [F.R.CIV. P. 60(b)] |
| LISA FITTS and DOES 1 through 10, inclusive, |  |
| Defendants. | Date:  May 12, 2008 Time: 1:30 p.m. Ctrm:  9B |
| And Related Counter-Complaints | Hon. Cormac J. Carney |

1    The Class Representatives hereby lodge the following documents, previously filed

2 with the Court, in support of their motion to enforce the settlement as to the claims of

3 Ishmael and Finkiewicz.

4    1.    Notice of Pendency of Class Action, Proposed Settlement, and Hearing for

5 Final approval of Settlement, including Proof of Claim form, previously filed with the

6 Court on October 16, 2007 as exhibits to the Declaration of Caryn Donly dated October

7 11, 2007.

8    2.    Stipulation of Settlement, previously filed with the Court on June 15, 2007.

9    3.    Order Granting Final Approval of Class Action settlement, dated November

10 5, 2007.

11    4.    Declaration of David H. Roberts, CPA, in support of Class Counsel's

12 Motion for Award of Attorney's Fees, previously filed with the Court on October 15,

13 2007.

14

15 Dated: April 17, 2008          DOSTART CLAPP GORDON & COVENEY, LLP
                                  McINERNEY & JONES
16

17

18                               JAMES F. CLAPP
                                 MARITA M. LAUINGER
19                               Class Counsel

20

21

22

23

24

25

26

27

28