1  JAMES F. CLAPP (145814)
   MARITA M. LAUINGER (199242)
2  DOSTART CLAPP GORDON & COVENEY, LLP
   4370 La Jolla Village Dr. Ste. 970
3  San Diego, CA 92122
   Tel. (858) 623-4200
4  Fax. (858) 623-4299

5  KEVIN J. McINERNEY (46941)
   KELLY McINERNEY (200017)
6  McINERNEY & JONES
   18124 Wedge Parkway #503
7  Reno, NV 89511
   Tel. (775) 849-3811
8  Fax. (775) 849-3866

9  Class Counsel

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                     SANTA ANA DIVISION

13

14
   SEARS, ROEBUCK AND CO., a New     ) CASE NO.  SACV05-238 CJC (RNBx)
15 York corporation,                  )
                                      ) **PROOF OF SERVICE**
16                                    )
                                      ) [FRCP 24(b)(2) and (c)]
17           Plaintiff,                )
                                      )
18 v.                                  )
                                      )
19                                    )
   LISA FITTS and DOES 1 through 10,  )
20 inclusive,                          ) Date:  May 12, 2008
                                      ) Time:  1:30 p.m.
21                                    ) Ctrm:  9B
           Defendants.                )
22 _____)
                                      ) Hon. Cormac J. Carney
23 And Related Counter-Complaints     )
   _____)
24

25

26

27

28

1  I am employed in the county of San Diego, State of California. I am over the age
2  of eighteen and am not a party to this case. I am employed in, or am a resident of, the
3  County of San Diego, California, where the mailing occurs; and my business address is:
4  DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970,
5  San Diego, CA 92122.

6  On April 18, 2008, I served the foregoing document(s) described as:

- NOTICE OF MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENFORCE THE SETTLEMENTS AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

- DECLARATION OF MARITA M. LAUINGER IN SUPPORT OF MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

- DECLARATION OF CARY DONLY RE: MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

- DECLARATION OF JILLIAN T. ISHMAEL RE: MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

- DECLARATION OF JOHN R. FINKIEWICZ RE: MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

- NOTICE OF LODGMENT IN SUPPORT OF MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

- [PROPOSED] ORDER GRANTING MOTION TO ENFORCE THE SETTLEMENT AS TO CLASS MEMBERS ISHMAEL AND FINKIEWICZ; REQUEST FOR ATTORNEY'S FEES

on the interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lynne C. Hermle, Esq. | Kevin McInerney, Esq. |
| Victoria R. Carradero, Esq. | McINERNEY & JONES |
| Joseph C. Liburt, Esq. | 18124 Wedge Parkway, Ste. 503 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Reno, NV 89511 |
| 1000 Marsh Road | |
| Menlo Park, CA 94025 | |

☒ (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ (BY FACSIMILE) and causing a true copy thereof to be sent via facsimile to the interested parties listed above.

Executed on April 18, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

_____
KATHRYN A. JORDAN